## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**MELISSA FILLINGIM,**

      **Petitioner,**

**vs.**                                    **5:04-CV-357-SPM**

**JOSE BARRON, Warden,**

      **Respondent.**

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
### AND DISMISSING CASE

      **THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 8) filed April 5, 2005.  The parties have been furnished a copy and have been afforded an opportunity to file objections.  No objections were filed.

      Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

      Accordingly, it is

      **ORDERED AND ADJUDGED** as follows:

      1.      The magistrate judge's report and recommendation (doc. 8) is adopted and incorporated by reference in this order.

2.    The petition for writ of habeas corpus (doc. 4) is *denied* for failure to

exhaust administrative remedies.

3.    This case is *dismissed* without prejudice.

**DONE AND ORDERED** this <u>ninth</u> day of May, 2005.

_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge

/pao